682

(October 5, 1959)

■ Michael P. Grace, II, Individually and as a Trustee under the Will of Janet Grace, Appellant, v. Deepdale, Inc., et al., Defendants and Real Property Owners, Inc., Respondent. Corinne Grace, as Guardian ad Litem for Michael P. Grace, Jr., an Infant, Plaintiff, v. Joseph P. Grace, Jr., et al., as Trustees under the Will of Janet Grace, Deceased, et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Estate of Walter Cencevizky, Deceased. Tanya K. Cencevizky, Appellant; Elizabeth Taylor, as Executrix of Walter Cencevizky, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion to amend the order entered April 27, 1959 denied, without costs. On the court's own motion, the decision handed down April 27, 1959 (8 A D 2d 635), is amended by adding after the word "reversed" in the second paragraph thereof the words "with costs to appellant to abide the event". Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ Morris Lorberblatt, Appellant, v. D. A. Gerst, Inc., Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Motion to extend time to perfect the appeal and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ Madeline J. Bussell, Respondent, v. Arthur F. Bussell, Jr., Appellant.— Appeal from so much of an order as on reargument (1) modified a judgment of separation by increasing the alimony and (2) awarded counsel fees. Order insofar as appealed from unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ Elizabeth S. Elliott et al., Appellants, v. City of New York et al., Respondents.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order on reargument as denied appellants' motion for a preference pursuant to rule 151 of the Rules of Civil Practice. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ Sylvia Leitman, Respondent-Appellant, v. Julius Leitman, Appellant-Respondent.— Appeal by Julius Leitman (1) from so much of an order as (a) modified a judgment of separation by increasing the alimony from $25 to $100 a week and (b) awarded a counsel fee of $750, and (2) from an order denying him leave to renew his opposition to the motion to modify the judgment. Appeal by Sylvia Leitman from so much of the order granting her motion to modify as failed, inter alia, to award her at least $400 a week alimony and as failed to award a counsel fee of more than $750. Orders unanimously affirmed, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.